IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ELBERT LEE WILLIAMS, | : | |
| Petitioner | : | |
| VS. | : | |
| Warden ERIC SELLERS, | : | NO. 7:12-cv-120 (HL) |
| Respondent | : | **O R D E R** |

Petitioner **ELBERT LEE WILLIAMS** filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. He now moves for voluntary dismissal of this action (Doc. 10).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a petitioner may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Respondent has not yet served an answer or a motion for summary judgment. Accordingly, Petitioner's motion to dismiss is hereby **GRANTED** and the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.[1]

**SO ORDERED**, this 20th day of September, 2012.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr

---

[1] Petitioner's pending motions are all **DENIED AS MOOT**.